# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | BK No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| NEXTERA ENERGY, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 18-1253-RGA |
| | : | BAP No. 18-42 |
| ELLIOT ASSOCIATES, L.P., et al., | : | |
| | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **13th** day of **September, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

This appeal relates to an administrative expense application of $60 million which was filed by Appellant, NextEra, in the alternative to its application for payment of $275

million termination fee.  The termination fee was disallowed by the Bankruptcy Court on October 18, 2017.  NextEra appealed this Order which is currently pending in the Third Circuit Court of Appeals.

The parties do not believe that mediation is appropriate at this time and request withdrawal from mandatory mediation.  Therefore,

IT IS ORDERED that the parties submit a proposed briefing schedule on or before September 30, 2018 for review by Judge Andrews.

IT IS RECOMMENDED that in light of the status of this matter, as well as the status of a related matter, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this appeal be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections are anticipated to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge